In re HAAP. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) In the matter of the judicial settlement of the accounts of Sarah E. Haap, as trustee under the will of George C. Maurer, deceased. No opinion. Decree affirmed, with costs.

HAJEK BROS. & CO., Respondents, v. THEODORE STARRETT CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Hajek Bros. & Co. against the Theodore Starrett Company, impleaded with others. S. D. Matthews, of New York City, for appellant. W. A. Shepard, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HALL, Respondent, v. FEDERAL TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Leoria H. Hall against the Federal Telephone & Telegraph Company. No opinion. Judgment and order affirmed, with costs.

In re HAMBURGER et al. (Supreme Court, Appellate Division, First Department. December 24, 1914.) In the matter of Samuel B. Hamburger and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 86 Misc. Rep. 540, 149 N. Y. Supp. 173.

HAMILTON PIPE WORKS, Inc., Respondent, v. ZELTMACHER, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by the Hamilton Pipe Works, Incorporated, against Roger A. Zeltmacher.

PER CURIAM. Order of September 26, 1914, modified, so that it shall modify the order of September 14, 1914, in this respect: The defendant is not enjoined from dealing with, or selling merchandise to, the persons, firms, and corporations who were customers of, and who purchased merchandise from, the firm known as Hamilton Pipe Works, of which defendant and one Zeichner were copartners provided that such sale is not the result of any solicitation on the part of said defendant, but that such persons, firms, and corporations seek him for the purpose of trade, without solicitation or invitation on his part. As so modified, the order appealed from is affirmed, without costs. Settle order before Mr. Justice Burr.

HAMMITT, Appellant, v. GAYNOR, Mayor, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Joseph O. Hammitt against William J. Gaynor, Mayor, etc. W. E. Youker, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Judgment (82 Misc. Rep. 196, 144 N. Y. Supp. 127) affirmed, with costs. Order filed.

In re HARRIS. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Michael H. Harris.

No opinion. Additional charges referred to Hon. John J. Freedman, official referee. Settle order on notice. See, also, 159 App. Div. 907, 144 N. Y. Supp. 1119.

HART, Respondent, v. WICKERT, Appellant. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by Isabella Hart against Joseph H. Wickert. J. B. Henney, of New York City, for appellant. H. W. Unger, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HARTMAN, Respondent, v. CARMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Regina Hartman against William W. Carman. E. P. Mowton, of New York City, for appellant. G. A. Rogers, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 162 App. Div. 895, 146 N. Y. Supp. 1093.

HASTRICH, Appellant, v. PILCHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by William H. Hastrich, individually and as executor, etc., against Paul M. Pilcher and others. No opinion. Motion denied, without costs. See, also, 149 N. Y. Supp. 1086.

HATCH v. BUFFALO, L. & R. RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by Caroline W. Hatch against the Buffalo, Lockport & Rochester Railway Company and the New York State Railways, Rochester Lines. No opinion. Judgment and order affirmed, with costs.

HAVENDER v. BRODBECK. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Joseph Havender against Sophie Brodbeck. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 162.

HEDGES, Respondent, v. PIONEER IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Dayton Hedges against the Pioneer Iron Works. No opinion. Motion denied, without costs. See, also, 161 App. Div. 949, 146 N. Y. Supp. 1094.

In re HEINS et al. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) In the matter of the guardianship of Ernest A. Heins and another, infants.

PER CURIAM. Order of the Surrogate's Court of Westchester County modified, so as to provide that, beginning January 1st, the trustees shall pay to the general guardian, in the manner directed by the order, the sum of $300 per month, and the guardian shall render a detailed account to the surrogate up to the 1st